█ HERTZ CORPORATION, as Successor in Interest to Atlantic National Insurance Company, Respondent, v. DANIEL J. BELLIN et al., Copartners Doing Business under the Name of SUPREME GEM PAPER & TWINE Co., et al., Defendants, and TRAVELERS INSURANCE COMPANY, Appellant

Concur — Botein, P. J., Eager, Capozzoli, Rabin and McGivern, JJ.

█ In the Matter of THERESA MOTTO et al., Respondents, v. STATE LIQUOR AUTHORITY, Appellant

Concur — Botein, P. J., Eager, Capozzoli, Rabin and McGivern, JJ.